| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_Northern_ District of _Illinois_
(State)

Case number (if known): _N/A_ Chapter _11_

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**   URBAN GIS, INC.

2. **All other names debtor used in the last 8 years**   none

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   51 - 0637535

4. **Debtor's address**

   **Principal place of business**

   171 North Aberdeen St.
   Number   Street

   Suite #400

   Chicago   IL   60607
   City   State   ZIP Code

   Cook
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**   www.urbangis.com

Debtor   URBAN GIS, INC.
_Name_

Case number (_if known_)_____ N/A

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

5   4   1   3

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. _Check all that apply:_

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____.   When _____   Case number _____
                                       MM / DD / YYYY

        District _____   When _____   Case number _____
                                       MM / DD / YYYY

---

Debtor    URBAN GIS, INC.
Name
_____

Case number (if known)_____ N/A

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor   URBAN GIS, INC.
_____
Name

Case number (if known)   N/A
_____

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06 05 2025
MM / DD / YYYY

✗ _Keith A. Searles_
Signature of authorized representative of debtor

Keith A. Searles
Printed name

Title   CEO

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date   06 10 2025
MM / DD / YYYY

Stanley M. Jackson
Printed name

JACKSON MELTON LLC
Firm name

3206 Hudson Trarl
Number      Street

Olympia Fields
City

IL
State

60461
ZIP Code

(708) 906-4370 cell
Contact phone

Stanley.jackson@jackson-melton.com
Email address

76089
Bar number

Missouri
State

---

# URBAN GIS INC.

### CORPORATION RESOLUTION

I, Keith A. Searles hereby presents these resolutions to the Board of Directors of URBAN GIS INC. From my post as President and CEO of URBAN GIS INC, I oversee and direct the corporate activities of the enterprise. I am also the sole stockholder in the entity which is organized under the corporate and business law of the state of Illinois. Moreover, I have dominion over the Board of Directors and I am vested with the authority to engage the legal counsel and restructuring advisor to facilitate an in-court reorganization of the enterprise through the filing of a Voluntary Bankruptcy Petition.

> Whereas, Urban GIS INC. has insufficient assets to meet the obligations arising from the liabilities and claims against the enterprise. This disparity between assets and liabilities has rendered the corporation insolvent.

It is therefore resolved it is in the best interest of the Corporation, its creditors, stakeholders, and parties of interest to file a voluntary petition seeking relief under Chapter 11 and Subchapter-V of the United States Bankruptcy Code.

> Further resolved, the Board of Directors has engaged the Law Firm Jackson Melton LLC to represent the corporation throughout the Bankruptcy case as its legal counsel.

> Further resolved, the Board of Directors also engages Jackson Melton LLC to provide financial advisory services to the corporation throughout the duration of the restructuring process.

> Further resolved, the Board of Directors authorizes Stanley M. Jackson to take the necessary actions to accomplish the purpose of these resolutions necessary and appropriate to represent, consult, and assist the Corporation during the bankruptcy case.

IN WITNESS WHEREOF, I certify these resolutions and direct the corporate secretary to place them in the books and records of URBAN GIS INC. on June 10, 2025.

*Keith A. Searles*

**Keith A. Searles**



**KANSAS CITY**
6320 Brookside Plaza #225
Kansas City, MO 64113

**CHICAGO**
2048 Ridge Road 2nd Floor
Homewood, IL 60430

w w w . j a c k s o n - m e l t o n . c o m

In re URBAN GIS, INC.

for

## The Bankruptcy Court for the Northern District of Illinois

To comply with 11 USC Sec. 1116(1)(B) URBAN GIS, INC will submit to the court the entity's 2024 Federal Tax Returns along with the most recent year-to-date Statement of Operations, Cash Flows, and Balance Sheet by June 18, 2025.  The following declaration under penalty of Perjury on Behalf of the Corporation is hereby given:

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Keith A. Searles as the president, authorized agent of URBAN GIS, INC. and the named debtor in this case, declare under penalty of perjury assures the entity has engaged a certified professional accountant (CPA) and/or tax preparer to complete and file the annual Form 1120S for the year 2024. The annual compliance requirement will include lists, schedules, amendments, and other documents that will be true and correct to the best of my knowledge and reflect the financial position of the Debtor.

Date ___6/5/2025___

Signature___*Keith A. Searles*___

1

Fill in this information to identify the case and this filing:

Debtor Name _URBAN GIS INC_

United States Bankruptcy Court for the: _Northern_      District of _FL_
                                                        (State)

Case number (If known): _N/A_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration _Tax Returns will be submitted w/ amendment_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06/05/2025_        **✗** _Keith A. Searles_
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                 _Keith A. Searles_
                                 Printed name

                                 _CEO_
                                 Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name ___URBAN GIS INC___

United States Bankruptcy Court for the: ___Northern___ District of ___IL___
(State)

Case number (If known): ___N/A___

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service 1111 Constitution Ave NW Washington DC 20224 | — | Taxes | | | | $218,896 — |
| 2 | A2K Techology Group Inc. 2560 Oakwood Terrace Olympia Fields, IL 60461 | Kenyatta Jackson | Trade Services | | | | $46,000 — |
| 3 | Colorado Dept of Revenue 144 W. Colfax Ave. Denver, Co. 80202 | Will Provide w/ Amendment | Taxes | | | | $15,700 — |
| 4 | Melanie Kaminski Jana Kazimierza 64A Warsaw, Poland 01248 | Will Provide w/ amendment | Professional Services | | | | $10,650 — |
| 5 | Supreme Technologies 814 E. 87th Street Chicago, IL 60619 | Will provide w/ amendment | Trade Services | | | | $10,000 — |
| 6 | Blitt + Gaines 775 Corporate Woods Pkwy Vernon Hills, IL 60061 | Will provide w/ amendment | Insurance | | | | $16,824 — |
| 7 | Worksswell Halang Lipa City Batangas, Philippines 4217 | Will provide w/ amendment | Professional Services | | | | $6,720 — |
| 8 | Pennsylvania Dept of Treasury 129 Finance Building Harrisburg, Pa. 17120 | Will provide w/ amendment | Taxes | | | | $5,000 — |

Debtor    URBAN GIS INC    Case number (if known)    N/A
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Zachary Degraff Tampa, Florida | (786) 741-7446 zdegraff@urbangis.com | Professional Services | | | | $5,000 - |
| 10 | Rick Cornett Chicago, Illinois | Will provide w/ amendment | Professional Services | | | | $3,340.44 |
| 11 | Illinois Dept of Revenue Willard Ice Building 101 W Jefferson St. Springfield, IL 62702 | Will provide w/ amendment | Taxes | | | | $3,000 - |
| 12 | Georgia Dept. of Revenue 2595 Century Pkwy NE Atlanta, Ga. 30345-3173 | Will provide w/ amendment | Taxes | | | | $2,700 - |
| 13 | Hartford Insurance P.O. Box 660916 Dallas, Texas 75266 | Will provide w/ amendment | Trade Services | | | | $2,318 - |
| 14 | AT+T P.O. Box 6463 Carol Stream, IL 60197 | Will provide w/ amendment | Trade Services | | | | $2,087 - |
| 15 | Blue Cross Blue Shield 701 E. 22nd Street #300 Lombard, IL 60147 | Will provide w/ amendment | Insurance | | | | $1,875 - |
| 16 | Microsoft One Microsoft Way Redmond, WA. 98052 | Will provide w/ amendment | Trade Services | | | | $1,200 - |
| 17 | Startup Advisory Group 317 Westwood Ave Staten Island, NY 10314 | Will provide w/ amendment | Professional Services | | | | $2,000 - |
| 18 | Industrious Fulton 171 N. Aberdeen St. Chicago, IL. 60607 | Will provide w/ amendment | Office Support | | | | $824.00 |
| 19 | American Funds P.O. Box 659530 San Antonio, Tx. 78265 | Will provide w/ amendment | Benefits | | | | $573.00 |
| 20 | Florida Dept of Revenue 5050 W. Tennessee St. Tallahassee, FL. 32399 | Will provide w/ amendment | Taxes | | | | $189.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**Fill in this information to identify the case:**

Debtor name __URBAN GIS INC__

United States Bankruptcy Court for the: __Northern__   District of __IC__
(State)

Case number (If known): __N/A__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand
$ 28,629

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. Other cash equivalents *(Identify all)*

4.1. __Reserves held by Factoring Conduits__   $ 17,714
4.2. _____   $_____

5. Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
$ 46,343

| Part 2: | Deposits and prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. _____   $_____
7.2. _____   $_____

Debtor  URBAN GIS INC  N/A
Name  Case number (if known)

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.  $_____

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $203,765 | – | 10,188 | = ........ → | $193,577 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 18,413 | – | 4,603 | = ........ → | $13,810 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $207,387

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:  % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.  $_____

Debtor   ORION GIS PLLC
   Name

   Case number (if known) _____   N/A

---

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | | $_____ |

Debtor   URBAN GIS INC
_____
Name

Case number (if known) ___N/A___

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** N/A | $_____ | _____ | $_____ |
| 40. **Office fixtures** N/A | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Hardware + Testing Equipment | $17,500 | Estimated Fair Value | $17,500 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 N/A | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$17,500

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    ORBAN GIS
         _____    Case number (if known) ___N/A___
         Name

---

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor   URBAN GIS
Name _____   case number *(if known)* _____

---

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Debtor is an Engineering Services Firm | | | |
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www. Urbangis.com | $ Appraisal warranted | | $ TBD |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>more than 10 years of client service | $ Appraisal warranted | | $ TBD |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill**   Assembled Workforce | $ Appraisal warranted | | $ TBD |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ Open

Debtor   URBAN GIS INC   Case number *(if known)*   N/m
     Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                             **Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____   _____ – _____ = ➜   $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____
**Nature of claim**   _____
**Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____
**Nature of claim**   _____
**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   URBAN GIS INC   Case number (if known)   N/A
_____   Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 46,343 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ Ø | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 207,387 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Ø | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ Ø | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ Ø | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 17,500 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ Ø | |
| 88. **Real property.** *Copy line 56, Part 9. .* ....................➔ | | $ — |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ TBD | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Ø | |
| 91. **Total.** Add lines 80 through 90 for each column. ............... 91a. | $ 271,230 | + 91b. $ — |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ $ 271,230

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    URBAN GIS INC

United States Bankruptcy Court for the:    Northern    District of    FL
(State)

Case number (If known):    N/A

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Part 1:</strong></td><td><strong>List Creditors Who Have Secured Claims</strong></td></tr>
</table>

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim. Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
Provident Commercial Finance

Creditor's mailing address
7600 Parklane Ave.
Edina  Mn.  55435

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
Accounts Receivables    $ 230,084    $ N/A

Describe the lien
Article 9 of UCC

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
World Business Lenders / SPO

Creditor's mailing address
P.O. Box 1685
Cranford, NJ 07016

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Accounts Receivables    $ 175,000    $ N/A

Describe the lien
Article 9 of UCC

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 565,084

Debtor _URBAN GIS ENV._ RPA
Name

Case number _(if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**

Forward Financing

Describe debtor's property that is subject to a lien

Accounts Receivables                    $ 110,000     $ N/A

**Creditor's mailing address**

53 State Street 20th Floor
Boston, MA. 02109

Describe the lien   Article 9 UCC

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.__ Creditor's name**

Pinnacle

Describe debtor's property that is subject to a lien

Accounts Receivables                    $ 50,000      $ N/A

**Creditor's mailing address**

180 Maiden Lane 15th Floor
New York, New York 10038

Describe the lien   _____

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Fill in this information to identify the case:

Debtor **URDAN GIS INC**

United States Bankruptcy Court for the: _Northern_   District of _IL_
(State)

Case number _N/A_
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the
Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_Internal Revenue Service_
_1111 Constitution Ave. NW_
_Washington DC 20224_

As of the petition filing date, the claim is: $ 218,896    $ 218,896
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_accumulated_

Basis for the claim:
_Income Tax_

**Last 4 digits of account
number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.2** Priority creditor's name and mailing address
_Colorado Dept of Revenue_
_144 W. Colfax Ave_
_Denver, Co. 80202_

As of the petition filing date, the claim is: $ 15,700    $ 15,700
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_accumulated_

Basis for the claim:
_Tax Obligations_

**Last 4 digits of account
number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.3** Priority creditor's name and mailing address
_Pennsylvania Dept. of Treasury_
_129 Finance Building_
_Harrisburg, Pa. 17120_

As of the petition filing date, the claim is: $ 5,000    $ 5,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_accumulated_

Basis for the claim:

**Last 4 digits of account
number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | URBAN GIS INC |
| United States Bankruptcy Court for the | Northern District of IL _(State)_ |
| Case number _(If known)_ | N/A |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Illinois Dept. of Revenue
101 W. Jefferson St.
Springfield, IL. 62702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 3,000   Priority amount: $ 3,000

Date or dates debt was incurred
Accumulated

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Georgia Dept. of Revenue
2595 Century Pkwy NE
Atlanta, Ga. 30345-3173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 2,900   Priority amount: $ 2,900

Date or dates debt was incurred
Accumulated

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahasee, FL. 32399

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 189   Priority amount: $ 189.00

Date or dates debt was incurred
Accumulated

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**Fill in this information to identify the case:**

Debtor ___URBAN GIS INC___

United States Bankruptcy Court for the: __Northern__ District of __IL__
(State)

Case number ___N/A___
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
__Jackson Melton LLC__
__3206 Hudson Trail__
__Olympia Fields IL 60461__

As of the petition filing date, the claim is: $ 5,000    $ 5,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __April 2025__

Basis for the claim: __Restructuring Services__

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 2 )

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor ___JORBAN B & S Inc,_____  Case number (if known)_____
        Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

A2K Technology Group Inc.

2560 Oakwood Terrace

Olympia Fields, IL 60461

Date or dates debt was incurred  accrued expenses

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 46,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Melanie Kaminski

Jana Kazimierza

64 A  Warsaw Poland  01248

Date or dates debt was incurred  accrued

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 10,650
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Supreme Technologies

814 E. 87th Street

Chicago, IL 60619

Date or dates debt was incurred  accrued

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 10,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Blitt and Gaines

775 Corporate Woods Pkwy

Vernon Hills  IL  60061

Date or dates debt was incurred  Accrued

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 16,824
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Workswell

Hulong Lipa City

Batangas  Philippines  4217

Date or dates debt was incurred  accrued

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 6,720
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Zachary Degreff

Tampa, Florida

Date or dates debt was incurred  Accrued

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  $ 5,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____    Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address
Rick Cornett

_____

Chicago, IL

Date or dates debt was incurred    Accrued

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 3,340.44

Basis for the claim:    Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
Hartford Insurance

P.O. Box  660916
Dallas, Texas   75266

Date or dates debt was incurred    Accrued

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,318

Basis for the claim:    Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
Blue Cross   Blue Shield

701 E. 22nd Street   #300
Lombard, IL   60147

Date or dates debt was incurred    Accrued

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,875

Basis for the claim:    Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
Microsoft

1 microsoft way
Redmond, WA   98052

Date or dates debt was incurred    Accrued

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,200

Basis for the claim:    Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
AT&T

Post Box # 6463
Carol Stream, IL 60197

Date or dates debt was incurred    Accrued

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,087

Basis for the claim:    Accounts Payable

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Start up Advisory Group
317 Westwood Ave
Staten Island, New York 10314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred  Accrued
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,000

**3.2** Nonpriority creditor's name and mailing address
Industrious Fulton
171 N. Aberdeen St.
Chicago IL 60607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred  Accrued
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 824.00

**3.3** Nonpriority creditor's name and mailing address
American Funds
P.O. Box 659530
San Antonio, Tx 78265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred  Accrued
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 573.00

**3.4** Nonpriority creditor's name and mailing address
Capsule CRM
20 Dale Street
Manchester, M1 1EZ   United Kingdom

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred  Accrued
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 180.00

**3.5** Nonpriority creditor's name and mailing address
ADP
Post Office Box - 645177
Cincinnati, OH 45264

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred  Accrued
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 216.00

**3.6** Nonpriority creditor's name and mailing address
ClickUp
350 Tenth Ave, Suite 500
San Diego, California 92101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Date or dates debt was incurred  Accrued
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 97.00

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a. **Total claims from Part 1**          5a.   $ 250,685.00

5b. **Total claims from Part 2**          5b.  + $ 109,904.40

5c. **Total of Parts 1 and 2**            5c.   $ 360,589.40
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __URBAN GIS INC.__

United States Bankruptcy Court for the: __Northern__    District of __IL__
(State)

Case number (If known): __N/A__    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.  List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Virtual and Shared Office Space | Industrious Fulton 171 N. Aberdeen St. Chicago, IL 60607 |
| | State the term remaining | 2 years | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Technical Services and Field Engineering | A2K Technology Group Inc. 2560 Oakwood Terrace Olympia Fields, IL 60461 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Operational and Technical Services | Melanie Kaminski Jana Kazimierza 64a Warsaw, Poland 01248 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Technical Services and Field Engineering | Supreme Technologies 814 E. 87th Street Chicago, Illinois 60619 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Sub contracting for technical services | Workswell Habing Lipa City Batangas, Phillipines 4217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | URBAN GIS INC, | Case number (if known) | N/A |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease.

**2.6**
State what the contract or lease is for and the nature of the debtor's interest: Technical Services and Field Support
State the term remaining: 1 year
List the contract number of any government contract:

Zachary DeGraft
Tampa, Florida

**2.7**
State what the contract or lease is for and the nature of the debtor's interest: Technical Services and Field Support
State the term remaining: 1year
List the contract number of any government contract:

Rick Cornett
Chicago, Illinois

**2.8**
State what the contract or lease is for and the nature of the debtor's interest: Business Consulting and Development services
State the term remaining: 1 year
List the contract number of any government contract:

Startup Advisory Group
317 Westwood Ave
Staten Island, New York 10314

**2.9**
State what the contract or lease is for and the nature of the debtor's interest: Engineering Services contract
State the term remaining:
List the contract number of any government contract: 1 - month

Apex Companies LLC
3458 Chastain Lakes Dr. NW
Kennesaw, Ga. 30144

**2.10**
State what the contract or lease is for and the nature of the debtor's interest: Engineering Services contract
State the term remaining:
List the contract number of any government contract: 1- month

Burns + McDonnell Engineering
9400 Ward Pkwy
Kansas City, Mo 64114-3319

**2.11**
State what the contract or lease is for and the nature of the debtor's interest: Engineering Services contract
State the term remaining:
List the contract number of any government contract: 18 months

CDM Smith
6709 Centurion Drive
Suite ^100
Lansing, Mi 48917

**2.12**
State what the contract or lease is for and the nature of the debtor's interest: Engineering Services Contract
State the term remaining:
List the contract number of any government contract: 2+ years

Great Arc Technologies
401 S. LaSalle Street
Suite ~702
Chicago, IL 60605

Debtor  URBAN GIS INC.
Name

Case number *(if known)*  N/A

---

■ **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services Contract |
| | | H N T B |
| | | 31 ST. JAMES STREET |
| | | BOSTON, MA 02116 |
| | State the term remaining | 6 months w/ options to renew |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services Contract |
| | | Illinois Utilities Business Diversity Council |
| | | 348 E. MAIN STREET |
| | | Lexington KY 40507 |
| | State the term remaining | |
| | List the contract number of any government contract | 12 months |

| | | |
|---|---|---|
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services Contract |
| | | Michael Baker International |
| | State the term remaining | 100 Airside Drive |
| | | Moon Township PA 15108 |
| | List the contract number of any government contract | 3.5 years |

| | | |
|---|---|---|
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services Contract |
| | | Nuaxis LLC |
| | | 4919 Gallows Road |
| | | Vienna, Virginia 22182 |
| | State the term remaining | |
| | List the contract number of any government contract | 9 Months + Renewal |

| | | |
|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services Contract |
| | | ESRI |
| | | 380 New York Street |
| | | Redlands, CA 92373 |
| | State the term remaining | |
| | List the contract number of any government contract | 1-month |

| | | |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | SSP Innovations LLC Engineering Services |
| | | SSP Innovations |
| | | 6766 S. Revere Pkwy |
| | | Suite - 100 |
| | State the term remaining | Centennial, Co 80112 |
| | List the contract number of any government contract | 5- month |

| | | |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

---

**Fill in this information to identify the case:**

Debtor name URBAN G#S INC

United States Bankruptcy Court for the: Northern    District of IL
(State)

Case number (If known): N/A

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|
| **Name** / Mailing address | **Name** | Check all schedules that apply: |
| 2.1 Keith A. Searles<br>10350 South Prospect (Street)<br>Chicago IL 60643 (City / State / ZIP Code) | WBL SPO | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Barbara Searles<br>10350 South Prospect (Street)<br>Chicago IL 60643 (City / State / ZIP Code) | WBL SPO | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Keith A. Searles<br>10350 South Prospect (Street)<br>Chicago IL 60643 (City / State / ZIP Code) | Provident | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 Keith A. Searles<br>10350 South Prospect (Street)<br>Chicago IL 60643 (City / State / ZIP Code) | Forward Financing | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 Keith A. Searles<br>10350 South Prospect (Street)<br>Chicago IL 60647 (City / State / ZIP Code) | Pinnacle | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 <br>(Street)<br>(City / State / ZIP Code) | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of 1

**Fill in this information to identify the case:**

Debtor name _URBAN GID INC._

United States Bankruptcy Court for the: _Northern_ District of _IL_
(State)

Case number (if known): _N/A_

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................................................   $ _Ø_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................................................   $ _271,230_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................................   $ _271,230_

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............................   $ _565,024_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................   $ _250,685_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................   + $ _109,904.40_

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b      $ _925,613.40_